IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING CHARLES PARAMORE, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY, et al. | : | NO. 23-3359 |

## **O R D E R**

AND NOW, this 20th day of January, 2026, upon consideration of Defendants' Motion for Summary Judgment (Doc. 49), Plaintiff's Response (Doc. 51 at 18-33), the reply (Doc. 55), and after carefully reviewing the documents in the Joint Appendix and the videos and radio calls, for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion for Summary Judgment IS GRANTED. JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS on all claims. The Clerk of Court shall close the case.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

_____
CAROLINE GOLDNER CINQUANTO, U.S.M.J.