IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KING CHARLES PARAMORE, JR.          :      CIVIL ACTION
                                    :
          v.                        :
                                    :
TEMPLE UNIVERSITY, et al.           :      NO.  23-3359

**O R D E R**

AND NOW, this   27th    day of February, 2026, upon consideration of Plaintiff's

Motion for Reconsideration (Doc. 65), and Defendant's response (Doc. 66), and for the

reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the

Motion for Reconsideration is DENIED.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

_____
CAROLINE GOLDNER CINQUANTO, U.S.M.J.